IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

RUSSEL LAVERGNE BALDWIN,

    Appellant,

v.

SEIDA CREDITORS; NALIKO MARKEL; JEANNE E. HUFFMAN,

    Appellees.

Civ. No. 6:24-cv-01642-AA

**OPINION & ORDER**

AIKEN, District Judge.

This bankruptcy appeal was filed on September 27, 2024. ECF No. 1. Transmittal of the Record for Bankruptcy Appeal was docketed on November 14, 2024. ECF No. 3. Appellant was directed to file his brief within thirty days of the docketing of the bankruptcy record. ECF No. 4. Appellant did not file his brief, nor did he request additional time in which to do so.

On June 9, 2025, the Court ordered Appellant to file his brief within fourteen days and warned that failure to do so would result in the dismissal of the appeal for want of prosecution. ECF No. 5. Appellant did not respond to the Court's Order, nor did he file his brief.

Federal Rule of Bankruptcy Procedure 8018 provides that "[i]f an appellant fails to file a brief on time or within an extended time authorized under (a)(3), the

district court or BAP may—on its own after notice or on the appellee's motion—dismiss the appeal." Fed. R. Bankr. P. 8018(a)(4).

As noted, Appellant has not filed his brief within the time allowed, despite notice from the Court. Consistent with Rule 8018(a)(4), this appeal is DISMISSED and final judgment shall be entered accordingly.

It is so ORDERED and DATED this ___26th___ day of June 2025.

           /s/Ann Aiken  
          ANN AIKEN  
          United States District Judge